IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TERRY COLAFRANCESCO, an individual; )
COMMUNITY OF CARITAS, a corporation; )
CARITAS OF BIRMINGHAM, a corporation, et )
al., )
)
    Plaintiffs, )
)     CIVIL ACTION NO.:
v. )     CV 04-RRA-0151-S
)
JONATHAN LEVY, )
)
    Defendant. )
)

## JOINT MOTION TO DISMISS

COMES NOW the Plaintiffs, Terry L. Colafrancesco, Community of Caritas, and Caritas of Birmingham, and the Defendant, Jonathan Levy, by and through their undersigned counsel, request the Court to enter an Order dismissing all claims, with prejudice, each party to bear their own costs.

Dated the 15th Day of
April, 2005

_____
Daniel J. Burnick
Attorney for Plaintiffs
TERRY COLAFRANCESCO, ET AL.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

DOCSBHM\1287568\1\

_____
M. Keith Gann
Attorney for Defendant
JONATHAN LEVY

**OF COUNSEL:**

**HUIE, FERNAMBUCQ & STEWART, LLP**
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
Tel.:  (205) 251-1193