## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TERRY COLAFRANCESCO, COMMUNITY OF CARITAS, and CARITAS OF BIRMINGHAM, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 04-RRA-0151-S ) |
| JONATHAN LEVY, | ) ) |
| Defendant. | ) |

### ORDER

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims in this action are **DISMISSED WITH PREJUDICE**.  The parties shall bear their own costs.

DONE this 19th day of April, 2005.

*Robert R. Armstrong*

ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE